UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ALEKSANDR REZNIKOV, | ) | CASE NO. 06-14399-JPC |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

**TRUSTEE'S FINAL REPORT**

TO:  THE HONORABLE Jacqueline P. Cox
     BANKRUPTCY JUDGE

NOW COMES **GREGG SZILAGYI**, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on November 3, 2006. **GREGG SZILAGYI** was appointed Trustee on November 3, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of April 16, 2007 is as follows:

  a. RECEIPTS (See Exhibit C)      $ 29,454.11
  b. DISBURSEMENTS (See Exhibit C)   $ 350.00
  c. NET CASH available for distribution   $ 29,104.11
  d. TRUSTEE/PROFESSIONAL COSTS:
    1. Trustee compensation requested  $3,695.41

|   |                                                      |          |
|---|------------------------------------------------------|----------|
| 2.| Trustee Expenses                                     | $0.00    |
| 3.| Compensation requested by attorney or other professionals for trustee | |
|   | (a) GREGG SZILAGYI Attorney for Trustee Fees         | 1,365.00 |

5. The Bar Date for filing unsecured claims expired on March 12, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a | Allowed unpaid secured claims | $0.00 |
| b | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $5,060.41 |
| c | Allowed Chapter 11 administrative claims | $0.00 |
| d | Allowed priority claims | $0.00 |
| e | Allowed unsecured claims | $50,170.19 |

7. Trustee proposes that unsecured creditors receive a distribution of 47.92% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Attorney for Trustee Fees, GREGG SZILAGYI requested but not yet allowed is $1,365.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,365.00.

9. A fee of $1000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative

claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE _____

/s/ GREGG SZILAGYI
**GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC #6198555)
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO IL 60606
Telephone:   (312) 634-4748
Facsimile:   (312) 634-5520

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order. Major tasks to be summarized in paragraph form.)

In this case, Trustee examined debtor and determined that debtor had transferred his interest in his personal residence and his interest in brokerage account to his non-debtor spouse for no consideration, and made demand on those parties for return of said property to the Estate as potential fraudulent transfers. Negotiations ensued and the Trustee and the other parties agreed to a compromise wherein the Estate received nearly $30,000. This is the only property administered by the Trustee and will result in a distribution to creditors of approximately fifty percent (50%) on general unsecured claims. The tasks performed by the Trustee in this case are as follows:

- Conducted the Debtor's Section 341 examination;
- Set up files and bank accounts for administration of estate;
- Investigated the Debtor's financial affairs, including claimed exemptions and potential objections to discharge;
- Employed and supervised an attorney and accountant to assist with the administration of the estate;
- Liquidated, abandoned and otherwise administered assets for the benefit of the estate;
- Completed and filed all reports as required by the Bankruptcy Code and the United States Trustee;
- Communicated with creditors regarding administration of the estate and the timetable for closing the case and making distributions to creditors;
- Examined and, where required, objected to proofs of claim and otherwise resolved issues dealing with claims and priorities; and
- Completed and filed this Final Report and all other reports and documents required to close the case.

A detailed description of the tasks performed by the Trustee in this case is attached to the Trustee's application for compensation.

**EXHIBIT A**

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                    Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

See Form 1, attached

Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

See Form 1, attached

| | |
|---|---|
| TOTAL RECEIPTS | $29,454.11 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $6,800.00 |

**EXHIBIT B**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 06-14399 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|
| Case Name: | ALEKSANDR REZNIKOV | | | Date Filed (f) or Converted (c): | 11/3/2006 (f) |
| | | | | 341(a) Meeting Date: | 12/7/2006 |
| For Period Ending: | 4/16/2007 | | | Claims Bar Date: | 3/12/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Debtor owned an undivided one-half interest in the residence | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 2  Joint checking account with wife. All funds in account belon | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 3  Misc. items of used household goods and furnishings having o | 250.00 | 250.00 | DA | 0.00 | 250.00 |
| 4  Misc. items of used wearing apparel having no known resale v | 200.00 | 200.00 | DA | 0.00 | 200.00 |
| 5  Metropolitan Life Ins. Co., $100,000.00 variable life police | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 6  Scott Trade, IRA Account #69340868 | 3,500.00 | 3,500.00 | DA | 0.00 | 3,500.00 |
| 7  50% interest in City Care of Chicago Medical Transportation, | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8  1999 Nissan Maxima purchased in 1998. In poor condition. | 1,450.00 | 1,450.00 | DA | 0.00 | 1,450.00 |
| 9  2001 Toyota Corolla, 140,000 miles in poor condition. Purcha | 1,300.00 | 1,300.00 | DA | 0.00 | 1,300.00 |
| 10 family dog, sentimental value only | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 AVOIDANCE ACTION | 0.00 | 0.00 | | 29,447.00 | FA |
| INT Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.11 | Unknown |

| TOTALS (Excluding Unknown Values) | $6,800.00 | $6,800.00 | | $29,454.11 | Gross Value of Remaining Assets $6,800.00 |
|---|---|---|---|---|---|
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #   11   --   ACTION REGARDING RECOVERY OF DEBTOR'S INTEREST IN RESIDENCE AND JT ACCOUNT

Initial Projected Date of Final Report (TFR):   6/1/2007          Current Projected Date of Final Report (TFR):   /  /

Case 06-14399   Doc 24   Filed 05/07/07   Entered 05/07/07 14:43:25   Desc Main
Document   Page 7 of 15

06-14399:19.2:Motion to Compromise or Settlement per Rule 9019:Proposed Order Entered: 2/14/2007 3:21:49 PM by:Gregg Szilagyi Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| REZNIKOV, ALEKSANDR | ) | Case No. 06-14399-JPC |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | Hearing Date:  March 8, 2007 |
| | ) | Hearing Time:  9:30 a.m. |

### ORDER GRANTING TRUSTEE'S MOTION TO COMROMISE AND SETTLE CLAIMS AGAINST DEBTOR AND RAISA REZNIKOV

THIS MATTER coming to be heard on Trustee's Motion to compromise and Settle Claims Against Debtor and Raisa Reznikov (the "Motion"), the Court having found that proper and adequate notice of the Motion was given,

**IT IS HEREBY ORDERED** that the proposed compromise and settlement of the Estate's claims against the Debtor and Raisa Reznikov pursuant to the terms set forth in the Motion is approved and the Trustee is authorized to execute any and all documents and take all steps necessary to implement the settlement approved in this Order..

DATED: 3/8/07

ENTERED: *Jacqueline P. Cox*

By: *J. Cox*
United States Bankruptcy Judge

*Order Prepared by:*

GREGG SZILAGYI (ARDC # 6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:   (312) 346-8380
Facsimile:    (312) 346-8434

## CASH RECEIPTS AND DISBURSEMENTS

EXHIBIT C

Page: 1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-14399
Case Name: ALEKSANDR REZNIKOV
Taxpayer ID No: XX-XXX8438
For Period Ending: 4/16/2007

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4297 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Tran. Code | Deposits ($) | Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | 0.00 |
| 3/21/2007 | 11 | ALEXANDR AND RAISA REZNIKOV | SETTLEMENT PROCEEDS FROM DEBTOR AND SPOUSE | 1141-000 | 29,447.00 | | 29,447.00 |
| 3/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 7.11 | | 29,454.11 |
| 4/3/2007 | | | Transfer to Acct#XXXXXXX4310 | 9999-000 | | 350.00 | 29,104.11 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 29,454.11 | 350.00 |
| Less: Bank Transfers/CD's | | 0.00 | 350.00 |
| Subtotal | | 29,454.11 | 0.00 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 29,454.11 | 0.00 |

MONEY MARKET ACCOUNT - XXXXXXX4297

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| | 29,454.11 | 0.00 | 29,104.11 |

TOTAL OF ALL ACCOUNTS

| | 29,454.11 | 0.00 | 29,104.11 |
|---|---|---|---|
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals   29,454.11   350.00

# Bank of America

```
CUSTOMER CONNECTION                    Account Number    3754454297
BANK OF AMERICA, N.A.                  01 01 148 06 M0000 E#        0
DALLAS, TEXAS  75283-2406              Last Statement:   NEW ACCOUNT
                                       This Statement:   03/30/2007


                                       Customer Service
                                       1-877-757-8233
ESTATE OF
REZNIKOV, ALEKSANDR, DEBTOR
GREGG SZILAGYI - TRUSTEE               Page       1 of   2
06-14399
C/O GLOBAL GOVERNMENT BANKING          Bankruptcy Case Number:0614399
***** TX1-492-09-13 *****
```

## SPECIAL MARKETS MONEY MARKET SAVINGS

### Account Summary Information

```
Statement Period 00/00/0000 - 03/30/2007   Statement Beginning Balance           .00
Number of Deposits/Credits        2        Amount of Deposits/Credits      29,454.11
Number of Checks                  0        Amount of Checks                      .00
Number of Other Debits            0        Amount of Other Debits                .00
                                           Statement Ending Balance        29,454.11
Number of Enclosures              0
                                           Service Charge                        .00
```

### Interest Information

```
Amount of Interest Paid           7.11     Interest Paid Year-to-Date           7.11
Annual Percentage Yield Earned    1.00%
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/22 | 1 | 29,447.00 | TX ITEM PROCESSING DEPOSIT | 701908730562716 |
| 03/30 |   | 7.11 | INTEREST PAID ON 25 DAYS AVERAGE COLLECTED BALANCE OF    $10,388.90 | 09840003652 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 03/26 | 29,447.00 | 29,447.00 |
| 03/22 | 29,447.00 | .00 | 03/30 | 29,454.11 | 29,454.11 |
| 03/23 | 29,447.00 | 27,680.18 |   |   |   |

Recycled Paper

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| REZNIKOV, ALEKSANDR | ) | CASE NO. 06-14399-JPC |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

## DISTRIBUTION REPORT

I, **GREGG SZILAGYI**, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,060.41 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $24,043.70 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $29,104.11 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 5,060.41 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $3,695.41 | $3,695.41 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
| | GREGG SZILAGYI, Attorney for Trustee Fees | $1,365.00 | $1,365.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 50,170.19 | 47.92 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 3 | American Express Bank FSB, General Unsecured 726(a)(2) | $6,157.69 | $2,951.03 |
| 2 | American Express Bank FSB, General Unsecured 726(a)(2) | $4,735.13 | $2,269.28 |
| 4 | American Express Bank FSB, General Unsecured 726(a)(2) | $10,425.63 | $4,996.41 |
| 1 | B-Line, LLC/Chase Bank USA, N.A., General Unsecured 726(a)(2) | $13,212.33 | $6,331.91 |
| 5 | eCAST Settlement Corporation assignee of, General Unsecured 726(a)(2) | $15,639.41 | $7,495.07 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED _____        /s/ GREGG SZILAGYI
                                                                  **GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC #6198555)
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO IL 60606
Telephone:   (312) 634-4748
Facsimile:   (312) 634-5520