UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| ALEKSANDR REZNIKOV, ) | CASE NO. 06-14399-JPC | |
| ) | | |
| Debtor(s). ) | Hon. Jacqueline P. Cox | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, Illinois 60604

   On: **June 12, 2007**                    Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $29,454.11 |
   | Disbursements | $350.00 |
   | Net Cash Available for Distribution | $29,104.11 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | GREGG SZILAGYI<br>Trustee | $0.00 | $3,695.41 | $0.00 |
   | GREGG SZILAGYI<br>Attorney for Trustee | $0.00 | $1,365.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | N/A | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.  Claims of general unsecured creditors totaling $50,170.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 47.92%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | American Express Bank FSB | 6,157.69 | 2,951.03 |
| 2 | American Express Bank FSB | 4,735.13 | 2,269.28 |
| 4 | American Express Bank FSB | 10,425.63 | 4,996.41 |
| 1 | B-Line, LLC/Chase Bank USA, N.A. | 13,212.33 | 6,331.91 |
| 5 | eCAST Settlement Corporation assignee of | 15,639.41 | 7,495.07 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor (has or has not) been discharged.

11. The Trustee proposes to abandon the following EXEMPT/ENCUMBERED property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Debtor owned an undivided one-half interest in the residence | 0.00 |
| Joint checking account with wife. | 100.00 |
| Misc. items of used household goods and furnishings | 250.00 |
| Misc. items of used wearing apparel | 200.00 |
| Metropolitan Life Ins. Co., $100,000.00 variable life police | 0.00 |
| Scott Trade, IRA Account #69340868 | 3,500.00 |
| 50% interest in City Care of Chicago Medical Transportation, | 0.00 |
| 1999 Nissan Maxima purchased in 1998. | 1,450.00 |
| 2001 Toyota Corolla, 140,000 MILES | 1,300.00 |
| Family dog, sentimental value only | 0.00 |

Dated: **May 10, 2007**                                              For the Court,

                                                  By:   **KENNETH S GARDNER**
                                                                      Kenneth S. Gardner
                                                                      Clerk of the U.S. Bankruptcy Court
                                                                      219 S. Dearborn Street; 7th Floor
                                                                      Chicago, IL 60604

| | |
|---|---|
| Trustee: | GREGG SZILAGYI |
| Address: | ONE SOUTH WACKER DRIVE |
| | SUITE 800 |
| | CHICAGO IL 60606 |
| Phone No.: | (312) 346-8380 |