UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| ALEKSANDR REZNIKOV, ) | CASE NO. 06-14399-JPC | |
| ) | | |
| Debtor(s). ) | Hon. Jacqueline P. Cox | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, Illinois 60604

    On: **June 12, 2007**                Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $29,454.11 |
    | Disbursements | $350.00 |
    | Net Cash Available for Distribution | $29,104.11 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GREGG SZILAGYI<br>Trustee | $0.00 | $3,695.41 | $0.00 |
    | GREGG SZILAGYI<br>Attorney for Trustee | $0.00 | $1,365.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | N/A | | | |

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.      Claims of general unsecured creditors totaling $50,170.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 47.92%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | American Express Bank FSB | 6,157.69 | 2,951.03 |
| 2 | American Express Bank FSB | 4,735.13 | 2,269.28 |
| 4 | American Express Bank FSB | 10,425.63 | 4,996.41 |
| 1 | B-Line, LLC/Chase Bank USA, N.A. | 13,212.33 | 6,331.91 |
| 5 | eCAST Settlement Corporation assignee of | 15,639.41 | 7,495.07 |

8.      Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor (has or has not) been discharged.

11.     The Trustee proposes to abandon the following EXEMPT/ENCUMBERED property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Debtor owned an undivided one-half interest in the residence | 0.00 |
| Joint checking account with wife. | 100.00 |
| Misc. items of used household goods and furnishings | 250.00 |
| Misc. items of used wearing apparel | 200.00 |
| Metropolitan Life Ins. Co., $100,000.00 variable life police | 0.00 |
| Scott Trade, IRA Account #69340868 | 3,500.00 |
| 50% interest in City Care of Chicago Medical Transportation, | 0.00 |
| 1999 Nissan Maxima purchased in 1998. | 1,450.00 |
| 2001 Toyota Corolla, 140,000 MILES | 1,300.00 |
| Family dog, sentimental value only | 0.00 |

Dated: **May 10, 2007**                                                       For the Court,

                                                                By:   **KENNETH S GARDNER**
                                                                      Kenneth S. Gardner
                                                                      Clerk of the U.S. Bankruptcy Court
                                                                      219 S. Dearborn Street; 7th Floor
                                                                      Chicago, IL 60604

Trustee:        GREGG SZILAGYI
Address:        ONE SOUTH WACKER DRIVE
                SUITE 800
                CHICAGO IL 60606
Phone No.:      (312) 346-8380

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                 Page 1 of 2                 Date Rcvd: May 10, 2007
Case: 06-14399                  Form ID: pdf002             Total Served: 45


The following entities were served by first class mail on May 12, 2007.
db          +ALEKSANDR REZNIKOV,    1516 East Lillian,    Arlington Heights, IL 60004-4057
aty         +Marc D Sherman,    Marc D Sherman & Associates,    3700 W Devon Ave Ste E,
              Lincolnwood, IL 60712-1103
tr          +Gregg Szilagyi,    Tailwind Services LLC,    One South Wacker Drive,    Suite 800,
              Chicago, IL 60606-4650
cr          +HARRIS N.A.,    3800 West Golf Road, Suite 300,    Rolling Meadows, Il 60008-4005
10997855    +A-Autotronics Somp. Car Care,    8025 Skokie Blvd.,    Skokie, IL 60077-2920
10997856    +ABN AMRO MORTGAGE GROUP,    2600 W. Big Beaver Rd.,    Troy, MI 48084-3318
10997857    +Accion Chicago, Inc.,    c/o Teller Levit Silvertrust,    11 E. Adams, 8th Flr.,
              Chicago, IL 60603-6301
10997858    +Albo Body Shop,    505 W. Colfax,    Palatine, IL 60067-2529
10997859    +Aleksander Tufelof,    1630 N. Arlington Pl #1204,    Milwaukee, WI 53202-2218
10997860     Aleksandr Mozharov,    8723 Laverne, Apt. 2B,    Skokie, IL 60077
10997861    +American Express,    Box 297871,    Fort Lauderdale, FL 33329-7871
11188691     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10997863    +American Express Travel Related Ser,    c/o Baker Miller,,    29 N. Wacker Dr.   5th Flr.,
              Chicago, IL 60606-2840
10997864    +Ameristar Financial Serv.,    1795 N. Butterfield Rd.,    Libertyville, IL 60048-1212
10997865    +Bank America NA,    c/o Blatt Hasenmiller et al,    125 S. Wacker Dr.  #400,
              Chicago, IL 60606-4440
10997866    +Best Bet Automotive, Inc.,    8145 N. Monticello,    Skokie, IL 60076-3325
10997867    +Bill’s Auto and Truck,    1216 Rand Road,    Des Plaines, IL 60016-3403
10997868    +Capital One Bank,    c/o Blatt Hasenmiller,    125 S. Wacker Dr.  #400,    Chicago, IL 60606-4440
10997869    +Capital One Bank,    c/o Blitt & Gaines, PC,    661 Glenn Ave.,    Wheeling, IL 60090-6017
10997870    +Charter One Bank,    c/o Arrow Financial Services,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
10997871    +Chase,    Box 15298,    Wilmington, DE 19850-5298
10997874    +Chase Bank USA NA,    c/o Adler Arthur B. & Assoc.,    25 E. Washington  #500,
              Chicago, IL 60602-1703
10997875    +E Consumer Finances,    c/o NCO Financial Systems, Inc.,    507 Prudential Road,
              Horsham, PA 19044-2308
10997876    +Edvard Nozhevnik,    8836 Bronx Ave.,    Skokie, IL 60077-1827
10997877    +Exxon Mobile,    Box 639,    Portland, ME 04104-0639
10997878    +Gregory Oberfeld,    5142 W. Brumel St.,    Skokie, IL 60077-2816
10997879    +Harris Bank NA,    111 W. Monroe St.,    Chicago, IL 60603-4095
10997880    +Igor Fomin,    271 Seventh St.,    Wheeling, IL 60090-2847
10997881    +Ilya Redko,    1750 Blosom Ct.,    Highland Park, IL 60035-4345
10997882    +Ivan Biletskyy,    922 N. Washtenaw Ave.,    Chicago, IL 60622-4455
10997883    +Leonid Kagavsky,    920 W. Lakeside #1506,    Chicago, IL 60640-6697
10997884    +MB Financial Bank,    6111 N. River Rd.,    Des Plaines, IL 60018-5158
10997885     Michale Demidovich,    2316 W. Greenville  #2,    Chicago, IL 60659
10997886    +Mykhaylo Ivankin,    7939 W. Belmont,    Elmwood Park, IL 60707-1047
10997887    +Nextel Communications,    Box 4191,    Carol Stream, IL 60197-4191
10997889    +Raisa Reznikova,    1516 East Lillian,    Arlington Heights, IL 60004-4057
10997890    +Sam’s Club,    Box 4596,    Carol Stream, IL 60197-4596
10997892    +Serhiy Bondarenko,    1642 Manchester Rd.,    Westchester, IL 60154-4421
10997893    +Simon Glina,    Citicare, Inc.,    330 Melvin Dr.,    Northbrook, IL 60062-2019
10997894    +Speedway Superamerica LLC,    500 Speedway Drive,    Enon, OH 45323-1056
10997895    +Svet International Publishing,    747 Lake Cook Road,    Deerfield, IL 60015-5617
10997896    +TFC National Bank,    c/o ACC International,    919 Estes Court,    Schaumburg, IL 60193-4427
10997897    +Yurity Bolotin,    8926 Bronx Ave.,    Skokie, IL 60077-1911
11197627     eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on May 11, 2007.
11144861    +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com May 11 2007 09:16:04
              B-Line, LLC/Chase Bank USA, N.A.,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
              Seattle, WA 98121-2317
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Gregg E Szilagyi
10997888        Quality Car Wash
10997891        SBC
10997862*      +American Express,    Box 297871,    Fort Lauderdale, FL 33329-7871
10997872*      +Chase,    Box 15298,    Wilmington, DE 19850-5298
10997873*      +Chase,    Box 15298,    Wilmington, DE 19850-5298
                                                                                               TOTALS: 3, * 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2             Date Rcvd: May 10, 2007
Case: 06-14399               Form ID: pdf002          Total Served: 45

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2007**                    **Signature:**        *Joseph Speetjens*