UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ALEKSANDR REZNIKOV, | ) | CASE NO. 06-14399 |
| | ) | |
| Debtor(s) | ) | Hon. JACQUELINE P. COX |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE JACQUELINE P. COX
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks and the final bank statement reflecting a balance of zero for this estate are attached as Exhibit "B."

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

 April 1, 2008                                     Gregg Szilagyi
DATE                                               TRUSTEE

Gregg Szilagyi
One South Wacker Drive
Chicago, Illinois 60606
(312) 634-4748

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ALEKSANDR REZNIKOV, | ) | CASE NO. 06-14399-JPC |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

### DISTRIBUTION REPORT

I, Gregg Szilagyi, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,060.41 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $24,101.18 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $29,161.59 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 5,060.41 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | GREGG SZILAGYI, Trustee Compensation | $3,695.41 | $3,695.41 |
|  | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
|  | GREGG SZILAGYI, Attorney for Trustee Fees (Trustee Firm) | $1,365.00 | $1,365.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

Case 06-14399    Doc 35    Filed 04/16/08    Entered 04/16/08 11:32:35    Desc Main
              Document      Page 5 of 16

Case 06-14399    Doc 35    Filed 04/16/08    Entered 04/16/08 11:32:35    Desc Main
              Document       Page 6 of 16

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 50,170.19 | 48.04 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 3 | American Express Bank FSB, General Unsecured 726(a)(2) | $6,157.69 | $2,958.08 |
| 2 | American Express Bank FSB, General Unsecured 726(a)(2) | $4,735.13 | $2,274.70 |
| 4 | American Express Bank FSB, General Unsecured 726(a)(2) | $10,425.63 | $5,008.36 |
| 1 | B-Line, LLC/Chase Bank USA, N.A., General Unsecured 726(a)(2) | $13,212.33 | $6,347.05 |
| 5 | eCAST Settlement Corporation assignee of, General Unsecured 726(a)(2) | $15,639.41 | $7,512.99 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED  June 12, 2007           /s/ Gregg Szilagyi
                               **Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Suite 800
Chicago, Illinois 60606
Telephone:   (312) 634-4748
Facsimile:   (312) 634-5520

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ALEKSANDR REZNIKOV, | ) | CASE NO. 06-14399-JPC |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

### ORDER AWARDING COMPENSATION AND EXPENSES

**THIS MATTER BEING HEARD** on Gregg Szilagyi's (the "Trustee") final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

**IT IS HEREBY ORDERED** that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $3,695.41 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $3,695.41 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED: *Jacqueline P. Cox*

By: _____J. P. Cox_____
United States Bankruptcy Judge

June 12, 2007

*Order Prepared by:*

GREGG SZILAGYI (ARDC #6198555)
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO IL 60606
Telephone:　(312) 634-4748
Facsimile:　(312) 634-5520

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

In re                                                    ) Chapter 7
                                                         ) Case No. 06-14399
Alexandr Reznikov,                                       ) Hon. Jacqueline P. Cox
                                                         )
            Debtor.                                      )

### Order Awarding Compensation And Expenses

**THIS MATTER BEING HEARD** on the First and Final Request for Compensation and Expense Reimbursement from Gregg Szilagyi, Attorney for Trustee, notice having been given, and the Court being duly advised:

**IT IS HEREBY ORDERED** that Gregg Szilagyi is allowed compensation and expense reimbursement as follows:

1. Compensation      $1,365.00
2. Expenses          $    0.00

        TOTAL        $1,365.00

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 12th day of June, 2007

ENTERED: J. Cox  /s/ Jacqueline P. Cox
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-14399
Case Name: ALEKSANDR REZNIKOV
Taxpayer ID No: XX-XXX8438
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4297 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 3/21/2007 | 11 | ALEXANDR AND RAISA REZNIKOV | SETTLEMENT PROCEEDS FROM DEBTOR AND SPOUSE | 1141-000 | 29,447.00 | | 29,447.00 |
| 3/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 7.11 | | 29,454.11 |
| 4/3/2007 | | | Transfer of Funds | 9999-000 | | 350.00 | 29,104.11 |
| 4/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 23.95 | | 29,128.06 |
| 5/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 24.74 | | 29,152.80 |
| 6/12/2007 | INT | Bank of America | Interest | 1270-000 | 8.79 | | 29,161.59 |
| 6/12/2007 | | Transfer to Acct#XXXXXX4310 | Transfer of Funds | 9999-000 | | 29,161.59 | 0.00 |

```
COLUMN TOTALS                        29,511.59      29,511.59
  Less: Bank Transfers/CD's               0.00      29,511.59
Subtotal                             29,511.59           0.00
  Less: Payments to Debtors               0.00           0.00
Net                                  29,511.59           0.00
```

Page Subtotals            29,511.59    29,511.59

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-14399
Case Name: ALEKSANDR REZNIKOV
Taxpayer ID No: XX-XXX8438
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4310 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 4/3/2007 | | Transfer from Acct#XXXXXX4297 | Transfer of Funds | 9999-000 | 350.00 | | 350.00 |
| 4/3/2007 | 001001 | Mark Weiss | Payment for BPO in Reznikov | 2990-000 | | 350.00 | 0.00 |
| 6/12/2007 | | Transfer from Acct#XXXXXX4297 | Transfer of Funds | 9999-000 | 29,161.59 | | 29,161.59 |
| 6/12/2007 | 001002 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 3,695.41 | 25,466.18 |
| 6/12/2007 | 001003 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3110-000 | | 1,365.00 | 24,101.18 |
| 6/12/2007 | 001004 | eCAST Settlement Corporation assignee of<br>POB 35480<br>Newark NJ 07193-5480 | (Final distribution to Claim 5, representing a Payment of 48.04% per court order.) | 7100-000 | | 7,512.99 | 16,588.19 |
| 6/12/2007 | 001005 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (Final distribution to Claim 3, representing a Payment of 48.04% per court order.) | 7100-000 | | 2,958.08 | 13,630.11 |
| 6/12/2007 | 001006 | B-Line, LLC/Chase Bank USA, N.A.<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA, 98121 | (Final distribution to Claim 1, representing a Payment of 48.04% per court order.) | 7100-000 | | 6,347.05 | 7,283.06 |
| 6/12/2007 | 001007 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (Final distribution to Claim 2, representing a Payment of 48.04% per court order.) | 7100-000 | | 2,274.70 | 5,008.36 |
| | | | Page Subtotals | | 29,511.59 | 24,503.23 | |

Page: 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-14399
Case Name: ALEKSANDR REZNIKOV
Taxpayer ID No: XX-XXX8438
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4310 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 6/12/2007 | 001008 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | (Final distribution to Claim 4, representing a Payment of 48.04% per court order.) | 7100-000 | | 5,008.36 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 29,511.59 | 29,511.59 |
| Less: Bank Transfers/CD's | | 29,511.59 | 0.00 |
| Subtotal | | 0.00 | 29,511.59 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 0.00 | 29,511.59 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX4297 | 29,511.59 | 0.00 | 0.00 |
| CHECKING ACCOUNT - XXXXXX4310 | 0.00 | 29,511.59 | 0.00 |
| TOTAL OF ALL ACCOUNTS | 29,511.59 | 29,511.59 | Total Funds on Hand |
| | (Excludes account transfers) | (Excludes payments to debtors) | |

Page Subtotals: 0.00    5,008.36

**Bank of America**

```
CUSTOMER CONNECTION                         Account Number    3754454310
BANK OF AMERICA, N.A.                       01 01 148 06 M0000 E#      7
DALLAS, TEXAS  75283-2406                   Last Statement:   05/31/2007
                                            This Statement:   06/29/2007


                                            Customer Service
                                            1-877-757-8233
ESTATE OF
REZNIKOV, ALEKSANDR, DEBTOR
GREGG SZILAGYI - TRUSTEE                    Page        1 of    2
06-14399
C/O GLOBAL GOVERNMENT BANKING               Bankruptcy Case Number: 0614399
***** TX1-492-09-13 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 06/01/2007 - 06/29/2007   Statement Beginning Balance           .00
Number of Deposits/Credits           1     Amount of Deposits/Credits      29,161.59
Number of Checks                     7     Amount of Checks                29,161.59
Number of Other Debits               0     Amount of Other Debits                .00
                                           Statement Ending Balance              .00
Number of Enclosures                 7
                                           Service Charge                        .00
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 06/12 | | 29,161.59 | 03754454297->03754454310 | 09925000167 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1002 | 3,695.41 | 06/15 | 9130484236 | 1006 | 6,347.05 | 06/25 | 0692855763 |
| 1003 | 1,365.00 | 06/15 | 9130484235 | 1007 | 2,274.70 | 06/25 | 0792010138 |
| 1004 | 7,512.99 | 06/22 | 0292804518 | 1008 | 5,008.36 | 06/25 | 0792010137 |
| 1005 | 2,958.08 | 06/25 | 0792010139 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/31 | .00 | .00 | 06/22 | 16,588.19 | 16,588.19 |
| 06/12 | 29,161.59 | 29,161.59 | 06/25 | .00 | .00 |
| 06/15 | 24,101.18 | 24,101.18 | 06/29 | .00 | .00 |



OK
GES
7-17-07